UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN SPINE AND BRAIN
SURGEONS, P.L.L.C, *et al.,*

    Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

Case No. 16-cv-12596
Hon. Matthew F. Leitman

_____/

## ORDER REQUIRING FILING OF REPLY BRIEFS

In this action, two motions are currently pending before the Court. Defendant State Farm Mutual Automobile Insurance Company has filed a motion to dismiss Plaintiff Michigan Spine and Brian Surgeons, P.L.L.C.'s Complaint (*see* ECF #21) and Michigan Spine and Brian Surgeons has moved for leave to file a First Amended Complaint (*see* ECF #23). While the parties have filed responses to the motions, neither party has filed a reply brief. The Court believes that it would substantially benefit from a thorough reply brief from each moving party. Accordingly, by no later than **February 9, 2018**, State Farm shall file a reply brief in further support of its motion to dismiss, and Michigan Spine and Brian Surgeons shall file a reply brief in further support of its motion for leave to amend.

    **IT IS SO ORDERED**.

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: January 26, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 26, 2018, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda  
                                        Case Manager  
                                        (810) 341-9764