UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN SPINE AND BRAIN
SURGEONS, P.L.L.C, *et al.*,

    Plaintiffs,

v.

Case No. 16-cv-12596
Hon. Matthew F. Leitman

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____/

## **ORDER DENYING IN PART PLAINTIFF'S EMERGENCY MOTION FOR RECONSIDERATION (ECF NO. 65) AND DIRECTING FURTHER PROCEEDINGS WITH RESPECT TO THAT MOTION**

On November 8, 2019, the Court entered an order that, among other things, excluded from trial the causation opinions of Plaintiff's treating physicians Dr. Boyd Richards and Dr. Judy Macy. (*See* Order, ECF No. 64.) That same day, Plaintiff filed an emergency motion for reconsideration of the Court's order. (*See* Mot., ECF No. 65.)

To the extent that Plaintiff's motion seeks reconsideration of the Court's order excluding the causation opinions of Dr. Macy, the motion is **DENIED** because it fails to satisfy the standards for reconsideration set forth in the Court's local rules. *See* E.D. Mich. Local Rule 7.1(h).

1

To the extent that Plaintiff's motion seeks reconsideration of the Court's order excluding the causation opinions of Dr. Richards, the Court will hear Defendant's response to that portion of Plaintiff's motion at 8:45 a.m. on Tuesday, November 12, 2019, prior to the start of trial.

Plaintiff shall prepare and bring to trial two versions of Dr. Richards' video trial testimony: one version that includes Dr. Richards' causation testimony and one version that does not so that Plaintiff can play the appropriate version at trial that corresponds to the Court's ruling on this portion of Plaintiff's emergency motion.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 9, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 9, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2