UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LENA LAPRAD,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

Case No. 16-cv-12596
Hon. Matthew F. Leitman

## ORDER GRANTING IN PART
## MOTION FOR RECONSIDERATION (ECF #65)

On November 8, 2019, the Court entered an order that, among other things, precluded Plaintiff from offering certain causation testimony by Dr. Boyd Richards (ECF #64)). Plaintiff thereafter filed a motion for reconsideration of that order (ECF #65). The Court then entered an order denying the motion for reconsideration in part and directing further proceedings on the motion (ECF #66). For the reasons stated on the record on November 12, 2019 (including Defendant's withdrawal of its opposition to the presentation of the causation testimony by Dr. Richards), the Court GRANTS reconsideration of its order barring causation testimony by Dr. Richards and will allow Plaintiff to present that testimony to the jury.

    **IT IS SO ORDERED.**

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: November 14, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 14, 2019, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (810) 341-9764