UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LENA LAPRAD,

      Plaintiff,                          Case No. 16-cv-12596

                                                Hon. Matthew F. Leitman

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.
_____/

## **<u>JUDGMENT</u>**

     In accordance with the jury verdict rendered on November 13, 2019, judgment

is entered in favor of Defendant, State Farm Mutual Automobile Insurance Company,

and against Plaintiff, Lena Laprad.  This resolved the last pending claim and closes the

case.

                                      DAVID J. WEAVER
                                      CLERK OF COURT


                        By:    s/Holly A. Monda_____
                              Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge


Dated:  December 17, 2019
Flint, Michigan